# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Angel Ramirez, | No. CV-18-00004-PHX-DWL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph Brisbois, et al., | |
| Defendants. | |

Plaintiff Robert Angel Ramirez, who is confined in the Arizona State Prison Complex-Lewis, filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). The Court screened the Complaint pursuant to 28 U.S.C.§ 1915A(a) and ordered Defendants Brisbois and Barcklay to answer the Complaint. On September 24, 2019, Defendant Barcklay filed an Answer (Doc. 13). The Court issued its Scheduling Order setting a deadline of May 22, 2019 for all dispositive motions (Doc. 14 at 2). On May 22, 2019, Defendant Barcklay filed a Motion for Summary Judgment (Docs. 40, 41) which the Court struck by Order issued May 24, 2019 (Doc. 44). The Court further granted Defendant Barcklay leave to refile a Motion for Summary Judgment in the format presented to the Court in Defendant's Notice of Errata (Doc. 43). (*Id.*) Defendant Barcklay has not refiled a Motion for Summary Judgment and the time to do so has passed.

**IT IS ORDERED** that Defendant Barcklay file a Notice of Readiness for Deadline for Proposed Pretrial Order, as required by the Court's Scheduling Order (Doc. 14 at 3) no later than **September 16, 2019**.

Dated this 4th day of September, 2019.

_____
Honorable Eileen S. Willett
United States Magistrate Judge